529 A.2d 466

**COMMONWEALTH of Pennsylvania**

v.

**John LaMASSA, Petitioner.**

Supreme Court of Pennsylvania,
Eastern District.

June 11, 1987.

## ORDER

PER CURIAM.

AND NOW, this 11th day of June, 1987, the Petition for Allowance of Appeal is granted. The order of the Superior Court entered September 12, 1986, at No. 1397 Philadelphia, 1985, 361 Pa.Super. 635, 517 A.2d 1365, is reversed and this matter is remanded to that court for consideration of petitioner's claim on the merits.